## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **OSCAR VEGA GARCIA,** ) | |
| ) | |
| **Plaintiff** ) | |
| ) | |
| **v.** ) | **Case No.: 2:19-cv-00256-MCE-CKD** |
| ) | |
| **USCB, INC.,** ) | |
| ) | |
| **Defendant** ) | |
| ) | |

## <u>NOTICE OF VOLUNTARY DISMISSAL</u>

TO THE CLERK:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses the Complaint without prejudice.

Dated: <u>March 28, 2019</u>        BY: <u>*/s/ Amy L. Bennecoff Ginsburg*</u>
        Amy L. Bennecoff Ginsburg, Esquire
        Kimmel & Silverman, P.C.
        30 East Butler Pike
        Ambler, PA 19002
        Phone: (215) 540-8888 ext. 167
        Facsimile: (877) 600-2112
        Email: aginsburg@creditlaw.com
        Attorney for Plaintiff

**Certificate of Service**

I hereby certify that on this 28th day of March, 2019, a true and correct copy of the

foregoing pleading served via electronic mail to the below:


**UCSB, Inc.**
**355 S Grand Avenue**
**Suite 3200**
**Los Angeles CA 90071**


*/s/ Amy L. Bennecoff Ginsburg*
Amy L. Bennecoff Ginsburg Esquire
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888 ext. 167
Facsimile: (877) 600-2112
Email:aginsburg@creditlaw.com
Attorney for Plaintiff